**Exhibit 101**



**DEPARTMENT OF THE AIR FORCE**
NATIONAL AIR & SPACE INTELLIGENCE CENTER
WRIGHT-PATTERSON AFB OHIO

11 April 2023

NASIC/SCPD (FOIA)
4180 Watson Way
Wright-Patterson AFB OH 45433-5648

Slaughter, Dustin
649 S. Conestoga Street
Philadelphia, Pennsylvania 19143

Dear Mr. Slaughter

This letter is reference to your Freedom of Information Act (FOIA) request dated 05 April 2023. We have received FOIA request 2023-03144-F on 11 April 2023. Please reference the request number when inquiring about this request. The request seeks the following:

"All documentation submitted by U.S. Air Force personnel to the National Air and Space Intelligence Center pertaining to unidentified aerial phenomena, unidentified aerospace phenomena, unidentified flying objects, and unidentified unmanned aerial systems and vehicles. This request includes all segregable portions of official reports, memorandums, emails, email attachments, photographs, and videos. Please conduct searches of all electronic, paper/manual indices, and filing systems for responsive records. Please include any and all responsive and otherwise segregable materials from March 1, 2022, up to and including the date this request is officially processed."

Based on the information you have requested; we placed your request in the Complex processing track. A complex request can take substantial time and cause significant. impact on responding units. Complications and delays are likely. Records sought are massive in volume. Multiple organizations must review/coordinate on requested records. Records are classified; originated with a nongovernment source; are part of the Air Force's decision-making process; or are privileged.

We estimate we will provide a response to your request within 30 working days. Our policy is to process requests within their respective tracks in the order in which we receive them. FOIA requests are processed as quickly as possible. We will advise you if we cannot provide a response within the FOIA statutory timeline.

The FOIA Fee Restriction prevents DoD Components from charging commercial or "other" requesters search fees, or representatives of the news media or educational requesters duplication fees if respond do not occur within 20 or 30 working days for unusual circumstances (documents not located with the office processing the FOIA request, the responsive records are voluminous, or required consultation with another

*"RELENTLESS PURSUIT, BOLD DISCOVERY"*

agency). Fee restrictions do not apply if responsive records total more than 5,000 pages, and this office has made three or more good-faith attempts to discuss with you, how to effectively limit the scope of your request.

We have placed you in the "Educational or Noncommercial Scientific Institution or News Media" fee category for processing. Under this category, you may be charged for all duplication (paper) costs. The first 100 pages of duplication are furnished without charge.

A response is estimated to be sent to you by 23 May 2023.

If you disagree and interpret this response as an adverse action, you may write to the Secretary of the Air Force, Thru: [NASIC/SCPD, 4180 Watson Way, Wight-Patterson AFB, OH 45433-5648] within 90 calendar days from the date of this letter.  Include in the appeal your reasons for reconsideration and attach a copy of this letter. You may also submit your appeal online at the Air Force's Public Access Link:  https://efoia.cce.af.mil/.

You may contact the Air Force FOIA Public Liaison Officer, Ms. Anh Trinh, concerning this final response at Air Force FOIA Public Liaison Office, 1800 Air Force Pentagon, Washington, DC 20330-1800 or usaf.pentagon.saf-cn.mbx.af-foia@mail.mil/ or (703) 614-8500. You may also seek dispute resolution services from the Office of Government Information Services, and can find information on this Office at https://www.archives.gov/ogis//mediation-program/request-assistance.  Using the dispute resolution services, will not affect your appeal rights.

Direct any questions to NASIC.FOIA.Office@us.af.mil or call DSN: 937-257-2917 and reference FOIA request number 2023-03144-F.

Sincerely,

NASIC Freedom of Information Act Office