**Exhibit 102**



From    🔒 NASIC KMC ORG BOX <NASIC.KMCORGBOX@us.af.mil>                      ☆ ✉ May 5, 2023

To      dustinslaughter@protonmail.com, NASIC/KMC ORG BOX                                      ⌄

Good afternoon Mr. slaughter,

I want to apologize for the absent of updates regarding your case.
We are currently working with your OPR to try and find what office contains the
information you are asking for as we no longer hold UAP information here.

We hope to have an update next week.

//SIGNED//
NASIC FOIA/EAG
NASIC/ SCPD, WPAFB
DSN: 937-257-2917



From 🔄🔒 dustinslaughter@protonmail.com
To NASIC KMC ORG BOX, NASIC KMC ORG BOX                     May 5, 2023

Hello,

Thanks. Just to clarify, are you saying that the NASIC no longer holds information on UAP?

Dustin M. Slaughter

***

The UAP Register

Investigative reporting examining the intersection of UAP and government bureaucracy.

https://uapregister.substack.com/

https://dustinslaughter.pressfolios.com/

From 🔄🔒 dustinslaughter@protonmail.com
To NASIC KMC ORG BOX, NASIC KMC ORG BOX                     May 8, 2023

Good morning. I just want clarification regarding your May 5 email. Does this mean that NASIC is no longer analyzing UAP data?

Thanks for any clarification you're able to provide.

Sincerely,

Dustin M. Slaughter

***

The UAP Register

Investigative reporting examining the intersection of UAP and government bureaucracy.

From 🔄🔒 dustinslaughter@protonmail.com
To NASIC KMC ORG BOX, NASIC KMC ORG BOX                     May 9, 2023

Greetings, just following up for clarification on this.

Thanks,

Dustin M. Slaughter

***

The UAP Register

Investigative reporting examining the intersection of UAP and government bureaucracy.

https://uapregister.substack.com/

