**Exhibit 103**

