**Exhibit 104**

