**Exhibit 105**



**[2] MEDIA INQUIRY - NASIC & UAP Reporting**

From   Dustin M. Slaughter <dustinslaughter@proton.me>    Aug 22, 2023

To    NASICPA.ORGBOX@us.af.mil

Good afternoon. I'm following up on a phone conversation I had with Miss Martz and some others in the PAO yesterday about UAP data in the NASIC's possession apparently being transferred to the AARO. I would just like to know when a statement on this will be available, addressing (if possible):

1. Whether or not this is accurate;
2. The reasoning for the transfer;
3. And when this decision was made.

Thanks very much for your time and assistance. I left a voicemail with Miss Mertz this afternoon and will continue following up as necessary throughout the week. Please let me know if you have any questions.

Respectfully,
Dustin Slaughter
c: 267-581-2706

***
**The UAP Register**
*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/
https://dustinslaughter.pressfolios



Good afternoon. I just left a voicemail with Miss Martz a few minutes ago, but I also wanted to follow up via email to find out if NASIC PAO will be issuing a statement within the next day or two. Thanks very much for your time and assistance.

Sincerely,
Dustin Slaughter
c: 267-581-2706

***

**The UAP Register**
*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/