**Exhibit 106**

