**Exhibit 107**



Thank you. Can you please clarify that the records I am looking for are now in the possession of the DOD?

Thanks again,
Dustin S.

***
**The UAP Register**
*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/
https://dustinslaughter.pressfolios

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, September 15th, 2023 at 1:19 PM, NASIC/KMC ORG BOX <NASICKMCORGBOX@us.af.mil> wrote:



Good morning,

My apologies but we cannot confirm or deny that we have the files.

//SIGNED//
NASIC FOIA/EAG
NASIC/ FD, WPAFB
DSN: 937-257-2917





Good Morning Mr. Slaughter,

We are working on transferring this request to the correct office that would have the authority over any kind of UAP records. Meaning that this request is still being worked and no final determination has been made.

If you have any questions, comments, or concerns please feel free to contact us.

Thank you.

//SIGNED//
NASIC FOIA/EAG
NASIC/ FD, WPAFB