**Exhibit 108**

