**Exhibit 109**

## Slaughter v Air Force - Request for Status Update - 2023-03144-F

**From:** Dustin M. Slaughter <dustinslaughter@proton.me>
**Sent:** Thursday, November 2, 2023 8:04 PM
**To:** NASIC/KMC ORG BOX <NASICKMCORGBOX@us.af.mil>
**Subject:** RE: [Non-DoD Source] Request for Status Update - 2023-03144-F

To Whom It May Concern,

I am again writing for an estimated date of completion for this request, as this matter remains in your custody and the 20-day statutory time frame plus extension your agency exercised have clearly passed. Please see below.

Freedom of Information Act Officer
Department of the Air Force
National Air and Space Intelligence Center
Wright-Patterson Air Force Base
5135 Pearson Road, Building 10,
Wright-Patterson AFB 45433
NASICKMCORGBOX@us.af.mil

SENT VIA EMAIL

RE: Estimated Completion Date for FOIA Request 2023-03144-F

Dear FOIA Officer,

On April 5, 2023, Dustin M. Slaughter sent a request under the Freedom of Information Act for the following records: "All documentation submitted by U.S. Air Force personnel to the National Air and Space Intelligence Center pertaining to unidentified aerial phenomena, unidentified aerospace phenomena, unidentified flying objects, and unidentified unmanned aerial systems and vehicles … from March 1, 2022 to April 11, 2023."

NASIC/USAF officially received the request on April 11, 2023, and assigned it FOIA #2023-03144-F. NASIC indicated in an acknowledgment letter that it would "provide a response to [my] request within 30 working days."

On May 5, 2023, your office indicated that NASIC no longer holds information on unidentified anomalous phenomena and that you were "currently working with your OPR to try and find what office contains the information you are asking for … We hope to have an update next week."

After repeated attempts to clarify whether NASIC holds records responsive to this request – specifically on May 5, May 8, May 9, and May 11 – your office responded on May 16 indicating that an extension would be necessary "to search for and review the records you requested." Per statute, extensions allow agencies an additional 10 business days to search for and/or review records responsive to a request.

On May 23 and 24, 2023, requests for an Estimated Completion Date (ECD) were emailed to your office. The Air Force did not acknowledge these requests.

I made another request for an ECD on September 14 and on September 15. USAF said that they were unable to provide me with this information.

On September 15, I sought clarification about the provenance of any records responsive to my request.

On September 18, your office issued an informal GLOMAR response, indicating that it could "not confirm or deny that we have the files."

On September 18, I responded by asking if your office's GLOMAR response would be the final determination in this matter, or if a formal final determination letter would be issued.

On September 20, your office responded that no final determination had been issued because "we are working on transferring this request to the correct office that would have the authority over any kind of UAP records."

On October 25, 2023, I wrote your office to notify you that I am narrowing the scope of my request to VIDEOS ONLY and that I would, again,

appreciate an estimated date of completion for this request.

As of today's date, October 28, the agency has not supplied an estimated completion date regarding this request, nor has it clarified whether it possesses records responsive to this request.

Title 5 United States Code § 552 (a)(7)(B)(ii) states that each agency shall provide the person requesting records an estimated date on which the agency will complete action on the request. The law states: "Each agency shall -- . . . (B) establish a telephone line or Internet service that provides information about the status of a request to the person making the request using the assigned tracking number, including -- . . . (ii) an estimated date on which the agency will complete action on the request."

This provision was enacted by Congress in 2007. According to the Office of Government Information Services Freedom of Information Act Ombudsman "[t]his requirement helps the requester better understand the agency's FOIA process and gives the requester a more accurate picture of when he/she will receive a response."

In this instance, the agency has not provided me with an Estimated Completion Date. Demand is formally made upon you to provide an Estimated Completion Date. This Estimated Completion Date may be provided to me via email at DustinSlaughter@proton.me or DustinSlaughter@protonmail.com.

Sincerely,
Dustin M. Slaughter
649 S. Conestoga Street
Philadelphia, PA 19143
267-581-2706

\*\*\*

**The UAP Register**

*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/

https://dustinslaughter.pressfolios

Sent with Proton Mail secure email.

## Slaughter v Air Force - Request for Status Update - 2023-03144-F

On Friday, November 3rd, 2023 at 3:16 PM, NASIC/KMC ORG BOX <NASICKMCORGBOX@us.af.mil> wrote:

Good Afternoon Mr. Slaughter,

We greatly apologize on the lack of communication recently. We have been working this request and trying to coordinate with the appropriate entities. Today we received information that we should be expecting a response back by mid next week.

Again, apologies on the lack of communication, we are trying to do our best with processing not only yours but also 25+ other people's requests.

If you have any questions, comments, or concerns please feel free to contact me.

Thank you.

//SIGNED//

NASIC FOIA/RJH

NASIC/SCPD, WPAFB

DSN: 937-257-2917