**Exhibit 110**



Are you indicating that you intend to refer this request to the AARO? If this is the case, please send me the appropriate appellate information.

Thank you,
Dustin Slaughter

***

**The UAP Register**
*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/



Good Morning Sir,

During the processing of this FOIA request, it was discovered that we do not have documentation stating that NASIC UFO, UAP, etc. records belong to the AARO office. We greatly apologize on that miscommunication of information. NASIC is processing this request as of last week. We are currently awaiting a response from the OPR for this request, we have been diligently emailing and requesting updates on the status of this request. We will provide a response to this request as soon as we receive information from the OPR.

If you have any questions, comments, or concerns please feel free to contact me.

Thank you.

//SIGNED//

NASIC FOIA/RJH

NASIC/SCPD, WPAFB

DSN: 937-257-2917



Good morning. I appreciate the clarification. So NASIC is processing this request. What is OPR?

Thanks again,
DS

Sent from Proton Mail for iOS

On Thu, Nov 9, 2023 at 9:34 AM, NASIC/KMC ORG BOX <NASICKMCORGBOX@us.af.mil> wrote:

Mr. Slaughter,

Yes, NASIC is processing this request. An "OPR" is the "Office of Primary Responsibility", basically all offices hold different types of records. When we receive FOIA request, we read through the request to see if we can identify which OPR to send it to for the request to be processed. Once the OPR receives the tasking of a FOIA request, they start searching for any type of the requested records.

I hope this clarifies your question in the email below.

If you have any questions, comments, or concerns please feel free to contact me.

Thank you.

//SIGNED//
NASIC FOIA/RJH