**Exhibit 111**



Understood, thank you for the clarification. I would appreciate an estimated date of completion as soon as possible.

Thanks again,
DS

Sent from Proton Mail for iOS

On Thu, Nov 9, 2023 at 10:00 AM, NASIC/KMC ORG BOX <NASICKMCORGBOX@us.af.mil> wrote:

…



I would also just like to clarify that your office has received my intention to narrow the scope of this matter to VIDEOS only. Please confirm in writing as soon as possible, thank you.

DS

\*\*\*
**The UAP Register**
*Investigative reporting examining the intersection of unidentified anomalous phenomena and government bureaucracy.*

https://uapregister.substack.com/
https://dustinslaughter.pressfolios