**Exhibit 113**



Good Afternoon Mr. Slaughter,

We have received a response from the OPR for FOIA request 2023-03144-F. After searching for the records, you requested, the OPR was not able to locate any records. We have attached the No Records Found form for this request. Please read through it carefully.

If you have any questions, comments, or concerns please feel free to contact us.

Thank you.

//SIGNED//

NASIC FOIA/RJH

NASIC/SCPD, WPAFB

DSN: 937-257-2917



**DEPARTMENT OF THE AIR FORCE**
NATIONAL AIR & SPACE INTELLIGENCE CENTER
WRIGHT-PATTERSON AFB OHIO

14 November 2023

NASIC/SCPP (FOIA)
4180 Watson Way
Wright-Patterson AFB OH 45433-5648

Dustin Slaughter
649 S. Conestoga Street
Philadelphia, Pennsylvania, 19143

Dear Mr. Slaughter,

This letter is in reference to your Freedom of Information Act (FOIA) request for information pertaining to:

"All documentation submitted by U.S. Air Force personnel to the National Air and Space Intelligence Center pertaining to unidentified aerial phenomena, unidentified aerospace phenomena, unidentified flying objects, and unidentified unmanned aerial systems and vehicles.

This request includes all segregable portions of official reports, memorandums, emails, email attachments, photographs, and videos. Please conduct searches of all electronic, paper/manual indices, and filing systems for responsive records.

Please include any and all responsive and otherwise segregable materials from March 1, 2022, up to and including the date this request is officially processed."

You later submitted to change the scope to the request to:

"To Whom It May Concern:
Please be advised that I am narrowing the scope of the above-captioned request to **videos only.**"

The case number we have assigned to your request is 2023-03144-F.

A search was conducted to locate any records you requested, and no records could be located.

If you interpret this "No Records" response as an adverse action, you may appeal it to the Secretary of the Air Force within 90 calendar days from the date of this letter. Include in your appeal any reasons for reconsideration you wish to present and attach a copy of this letter. The appeal should be forwarded to:

Secretary of the Air Force
Thru: NASIC/SCPD (FOIA)
4180 Watson Way
Wright-Patterson AFB OH 45433-5648

*"RELENTLESS PURSUIT, BOLD DISCOVERY"*