**Exhibit 115**



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sec. of the Air Force
Thru: NASIC/SCPD (FOIA)
4180 Watson Way
Wright-Patterson AFB, OH
45433-5648

9590 9402 8406 3156 3263 01

2. Article Number *(Transfer from service label)*

7021 0950 0000 5088 3293

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☑ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
12-26-23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

[stamp: WPAFB BLDG 258 DAYTON DEC 26 2023 ...433]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# USPS Tracking®

FAQs >

**Tracking Number:**                                                    Remove ✕

## 70210950000050883293

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 8:52 am on December 26, 2023 in DAYTON, OH 45433.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

DAYTON, OH 45433
December 26, 2023, 8:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                    ⌄

---

**Product Information**                                                    ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers